IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SAMUEL LEWIS, #349-981            *
       Plaintiff
                                      *
   v.                                    CIVIL ACTION NO: PJM-10-508
                                      *
WARDEN,
       Defendant              *
                                ******

**MEMORANDUM OPINION**

On March 1, 2010, Plaintiff, an inmate currently incarcerated at the Maryland Correctional Training Center, filed a pro se complaint alleging a plethora of constitutional violations concerning disciplinary infractions, confiscation of his personal property, unsanitary conditions, denial of psychiatric care, denial of hygiene items, excessive force, denial of medication, improper placement in isolation cells, and the impropriety of housing mental health patients with general population inmates. Paper No. 1. The foregoing violations occurred on separate dates over a one-year period of time and involved individuals not named as defendants in the caption of the Complaint. Plaintiff has not used the required court forms and has not submitted the filing fee or completed a court-approved affidavit in support of a request for indigency.

Pursuant to Fed. R. Civ. P. 8(a), a pleading which sets forth a claim for relief, whether an original claim, counterclaim, cross-claim, or third-party claim, shall contain (1) a short and plain statement of the grounds upon which the Court's jurisdiction depends, unless the Court already has jurisdiction and the claim needs no new grounds of jurisdiction to support it, (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for

the relief the pleader seeks. Moreover, each "averment of a pleading shall be simple, concise, and direct." Fed. R. Civ. P. 8(e)(1). The paperwork submitted by Plaintiff contains none of the above. For that reason, a separate Order shall be entered dismissing this action without prejudice.[1] Should Plaintiff choose to refile any claim, plaintiff is advised that he is required to file a **separate** complaint, using court-approved forms, for each of the alleged constitutional violations. Payment of the $350.00 filing fee or an indigency affidavit is also required.

March 16, 2010

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

---

[1] The undersigned will direct the Clerk to provide Plaintiff a prisoner civil rights form packet, which contains the format and instructions required for those filing such an action in this Court.